IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA BURNS, *individually and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MILLS SALES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:21-cv-1099-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on September 12, 2022 (Doc. 38), as well as the Notice of Voluntary Dismissal (Doc. 37), this matter is **DISMISSED without prejudice** and the case is closed.

**IT IS SO ORDERED.**

**DATED: September 12, 2022**

                                          MONICA A. STUMP, Clerk of Court

                                          *s/ Dana M. Winkeler*
                                          **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**